# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 27, 2016

152104

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

CALVIN A. AUSTIN,
        Defendant-Appellant.

SC: 152104
COA: 326999
Wayne CC: 14-010291-FH

_____/

      On order of the Court, the application for leave to appeal the June 12, 2015 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 27, 2016



Clerk

t0120